# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **INDYMAC BANK, F.S.B.,** | : | **CIVIL ACTION NO. 1:05-CV-0794** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **DEBRA CADOGAN, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 6th day of May, 2005, upon consideration of the notices (Docs. 5, 6) of voluntary dismissal, in which plaintiff requests that the above-captioned action be dismissed without prejudice, and it appearing that defendants have not filed a response to the complaint, see FED. R. CIV. P. 41(a)(1) ("An action may be dismissed by the plaintiff without order of court [] by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment. . . ."), it is hereby ORDERED that the above-captioned action is DISMISSED without prejudice.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge